**Form defo**  (Revised 12/01/2009)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  13–22134                              Chapter:  13

In re:

Joseph Robert Wilson                                Margaret Jean Wilson
fdba     Kilimanjaro                                12229 Caenen Drive
12229 Caenen Drive                                  Overland Park, KS 66213
Overland Park, KS 66213

SSN: xxx–xx–4295                                    SSN: xxx–xx–6908

| | | |
|---|---|---|
| **Entered By The Court** <br> **8/19/13** | **ORDER TO CORRECT DEFECTIVE PLEADING(S)** | **Filed By The Court** <br> **8/19/13** <br> **David D. Zimmerman** <br> **Clerk of Court** <br> **US Bankruptcy Court** |

The following pleading was filed in this matter and is defective for the following reason(s):

*5* – Employee Income Records Filed by Debtor Joseph Robert Wilson, Joint Debtor Margaret Jean
Wilson. (Becker, Jonathan)

original documents need to be filed

The Clerk of the United States Bankruptcy Court will take no further action and no hearing will be scheduled on the court's calendar until the filer corrects the above–described deficiency. Your motion or application will not be heard until you give proper notice.

The person filing the pleading is ordered to correct all deficiencies listed above within fourteen (14) days of the date hereof. Failure to timely comply will result in this matter being set on the Court's Show Cause Docket or the motion or application denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 8 – 5                                      s/   David D. Zimmerman
                                                    Clerk, United States Bankruptcy Court